Form ren341cn

# *United States Bankruptcy Court*
## *Northern District of Illinois*
### *Eastern Division*
### *219 S Dearborn*
### *7th Floor*
### *Chicago, IL 60604*

In Re:

Gervaise S. Phillips
319 E. 103th St
#105
Chicago, IL 60827
SSN: xxx–xx–1406  EIN: N.A.

Case No. : 17–34943
Chapter : 13
Judge : LaShonda A. Hunt

Debtor's Attorney:
David M Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090

847 520–8100

Trustee:
Marilyn O Marshall
224 South Michigan Ste 800
Chicago, IL 60604

312–431–1300

## RENOTICE 341 MEETING AND CONFIRMATION HEARING

Please take notice that the 341 meeting date has been reset for:

February 21, 2018, 03:00 PM
224 South Michigan, Suite 800, Chicago, IL 60604

The confirmation hearing has been reset for:

March 19, 2018 , 10:30 AM
219 South Dearborn, Courtroom 719, Chicago, IL 60604

For the Court,

Dated: January 26, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court